**Order filed, September 16, 2013.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-13-00773-CR
_____

## EXPARTE STEPHEN KYLE HELMCAMP, Appellant

---

**On Appeal from the County Court
Colorado County, Texas
Trial Court Cause No. 21,179-A**

---

## ORDER

The reporter's record in this case was due **February 21, 2013**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Bonnie Minatra**, the official court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM